UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KYLE HARTRY,

|  | **PLAINTIFF'S RESPONSE TO DEFENDANT'S LOCAL RULE 56.1(b) STATEMENT** |
|---|---|

                                        Plaintiff,

                  -against-

**08 CV 3725 (ADS)(ETB)**

COUNTY OF SUFFOLK, SGT. "JOHN" LUNQUIS,
Individually and in his Official Capacity, DET. VINCE
DALY, Individually and in his Official Capacity and C.O.
"JOHN DOE" and C.O. 'JANE DOE'#1-10, Individually
and in their Official Capacities, (the name John Doe being
fictitious, as the true names are presently unknown),

                                        Defendants.

-------------------------------------------------------------------X

Pursuant to Local Rule 56.1(c) of the Local Civil Rules of the United States District Court

for the Eastern and Eastern Districts of New York, plaintiff Kyle Hartry hereby sets forth his

response to defendants' Local Rule 56.1 Statement:

1.  **Admit.**

2.  **Admit.**

3.  **Admit.**

4.  **Admit.**

5.  **Admit.**

6.  **Admit.**

7.  **Admit.**

8.  **Deny.**

9.  **Admit.**

10.  **Admit.**

11.   **Admit.**

12.   **Admit.**

13.   **Admit.**

14.   **Admit.**

15.   **Admit.**

16.   **Admit.**

17.   **Admit.**

18.   **Admit.**

19.   **Admit.**

20.   **Admit.**

21.   **Admit.**

22.   **Deny.** There was no altercation. Hartry was suddenly and viciously attacked by Dalton without an provocation by plaintiff. (same)

23.   **Deny.** There was no altercation. Hartry was suddenly and viciously attacked by Dalton without an provocation by plaintiff. (same)

24.   **Admit.**

25.   **Admit.**

26.   **Admit.**

27.   **Admit.**

28.   **Admit.**

29.   **Admit.**

30.   **Admit.**

Dated: New York, New York
     July 29, 2010

                                   Respectfully submitted,

                                   Jon L. Norinsberg (JN 2183)
                                   Attorney for Plaintiff
                                   225 Broadway Suite 2700
                                   New York, N.Y. 10007
                                   (212) 791-5396